No. 81–1182.   PETERSON ET AL. *v.* UNITED STATES. C. A. 11th Cir.   Certiorari denied.   ▮

No. 81–1187.   MIDDLEBURY ASSOCIATES *v.* PIKE INDUSTRIES, INC., ET AL.   Sup. Ct. Vt.   Certiorari denied.   ▮

No. 81–1188.   MONROE *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.   ▮

No. 81–1189.   BLACKWELL *v.* ANDERSON, WARDEN. C. A. 6th Cir.   Certiorari denied.   ▮

No. 81–1190.   ZAN-CAR ENTERPRISES, INC., ET AL. *v.* HOME STATE SAVINGS ASSN. ET AL.   C. A. 6th Cir.   Certiorari denied.   ▮

No. 81–1193.   SPEIGHT *v.* GEORGIA.   Ct. App. Ga.   Certiorari denied.   ▮

No. 81–1194.   KAGARISE ET AL. *v.* CUMBERLAND, MARYLAND, AREA TEAMSTERS PENSION FUND.   C. A. 3d Cir. Certiorari denied.   ▮

No. 81–1201.   DAVIDSON *v.* ROADWAY EXPRESS, INC. C. A. 7th Cir.   Certiorari denied.   ▮

No. 81–1202.   WATERS *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   ▮

No. 81–1204.   MATTHEWS BROS., INC. *v.* PIERCE, GUARDIAN AD LITEM, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–1206.   CHILDERS *v.* ILLINOIS.   App. Ct. Ill., 3d Dist.   Certiorari denied.   ▮